### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  21-21345-JAD |
| | ) | |
| DREANA L. GAINES | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | DOC. NO.: |
| | ) | |
| DREANA L. GAINES | ) | HEARING DATE & TIME: |
| MOVANT | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| PENNYMAC LOAN SERVICES | ) | |
| RESPONDENT | ) | |

**Loss Mitigation Status Report**

This ***Loss Mitigation Status Report*** and the attached printout of the ***Account History Page*** from the Portal are submitted pursuant to *W.PA.LBR 9020-4(e)*.

Part 1: Loss Mitigation Status

    A.   The Loss Mitigation process **was** commenced by a Loss Mitigation Order dated 2021-08-03 (the "LMO"), entered at document number 35, in the above-mentioned case.

    B.   The Debtor **is** current with adequate protection payments pursuant to the LMO.

    C.   The Creditor **has** registered and posted its entire Core LMP Package on the Portal pursuant to the LMO.

    D.   The Debtor **has not** uploaded a completed Core LMP Package through the Portal pursuant to the LMO due to Debtor mailing paperwork to Counsel's office on 2021-09-27.

    E.   The Creditor **has not** been able to acknowledge receipt of the Debtor's submission due to Debtor not being able to mail all documents to our office until 2021-09-27.

    F.   The Creditor **has not** designated a single point of contact pursuant to the LMO.

    G.   The Creditor has not **approved** the file yet.

    H.   The Debtor **submitted** all requested CORE Documents by mail on 2021-09-27 and Counsel's office will have all documents uploaded to the DMM Portal by 2021-10-06

    I.   Counsel's office **will** attach a printout of the Account History from the Portal.

Part 2: Loss Mitigation Period

    A.   The Loss Mitigation Order Expiration Deadline is 2021-12-01 and the Loss Mitigation Final Report Deadline is 2021-12-08.

Date: <u>October 4, 2021</u>

Signed:<u>/s/ Albert G. Reese, Jr., Esquire</u>
*Albert G. Reese, Jr., Esquire*

On behalf of: <u>Dreana L. Gaines</u>
*Name of Debtor(s)*

<u>Albert G. Reese Jr.,</u>
*Name of Attorney - Typed*

640 Rodi Road, 2FL., Suite 2., Pittsburgh, PA 15235
*Postal Address of Attorney*


areese8897@aol.com
*Email Address of Attorney*

412-241-1697
*Phone Number of Attorney*

93813 PA
*Attorney's Bar I.D. and State of Admission*